IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| ALENE ELENE BEASLEY, | * | |
| Plaintiff, | * | |
| v. | * | CV 624-011 |
| SHERLAN STANLEY JEMMOT; J&J TRUCKING ENTERPRISES, INC.; and BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY, | * | |
| Defendants. | * | |

O R D E R

Before the Court is Plaintiff's motion to withdraw her notice of voluntary dismissal (Doc. 10). (Doc. 15.) Plaintiff represents Defendants consent to the withdrawal. (<u>Id.</u> at 2.) Upon due consideration, Plaintiff's motion to withdraw her notice of voluntary dismissal (Doc. 15) is **GRANTED**, and Plaintiff's notice of voluntary dismissal (Doc. 10) is **DENIED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this ___10th___ day of April, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA