IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| ALENE ELENE BEASLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 624-011 |
| | ) | |
| SHERLAN STANLEY JEMMOTT; | ) | |
| J&J TRUCKING ENTERPRISES, INC.; and | ) | |
| BERKSHIRE HATHAWAY DIRECT | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Defendants removed this case to federal court on March 13, 2024, and the last answer was filed on March 20, 2024.  (Doc. nos. 1, 4, 5.)  The deadline for the parties to confer as provided in Federal Rule of Civil Procedure 26(f) and then submit a joint 26(f) Report as set forth in the Court's prior Order has passed.  (See doc. no. 2.)  However, no Rule 26(f) Report has been filed.  Accordingly, the Court **ORDERS** the parties to conduct a conference within fourteen days of the date of this Order and to file a joint 26(f) Report within seven days of the conference.  The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 29th day of April, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA