IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| ALENE ELENE BEASLEY, | * |
| Plaintiff, | * |
| v. | * |
| | * CV 624-011 |
| SHERLAN STANLEY JEMMOTT, J&J TRUCKING ENTERPRISES, INC., and BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY, | * |
| Defendants. | * |

O R D E R

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 33.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of December, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA